**Bergenline Office**
4539 Bergenline Avenue
Union City, New Jersey 07087
T: 201-751-4900
F: 201-751-4901

**DUQUE ISERN**
LAW

**Ferry Street Office**
206 Ferry Street
Newark, New Jersey 07105
T: 973-206-0050
F: 973-206-0051

Stephanie M. Duque Isern ± ‡
Jiana L. Paladino ±
Kristine Marie C. Vinluan ±

± *Member of the New Jersey Bar*
‡ *Member of the New York Bar*

Please respond to:
☒ Bergenline Office
☐ Ferry Street Office

**VIA ECF**

March 6, 2026

Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**Re: Withdrawal of Habeas Petition for *Andino Gonzales v. Soto, et al.*, No. 26-1262**

Dear Judge Wigenton,

    This Office represents Petitioner in the above-captioned habeas matter. We respectfully write to inform the Court that Petitioner wishes to voluntarily dismiss the Petition for Writ of Habeas Corpus. Accordingly, Petitioner respectfully requests that the Court permit withdrawal of the Petition pursuant to Federal Rule of Civil Procedure 41(a).

    Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Stephanie M. Duque Isern*
Stephanie M. Duque Isern, Esq.
*Attorney for Petitioner*

SO ORDERED this __6th__ day
of __March__ 20__26__

_____
United States District Judge